**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00375-CV

### THE CITY OF IRVING, TEXAS, Appellant

### V.

### LAS COLINAS GROUP, LP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-8748**

## ORDER

The Court has before it appellant's March 19, 2013 petition for leave to file interlocutory appeal and appellee's March 29, 2013 cross-petition for leave to file interlocutory appeal. The Court **GRANTS** the petition and cross-petition. We **DIRECT** the Clerk of the Court to send a copy of this order to the Dallas County District Clerk, Gary Fitzsimmons.

/s/     MICHAEL J. O'NEILL
           JUSTICE